**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL BURNS,<br>Plaintiff,<br>v.<br>DAVID P. STEINER et al.,<br>Defendants. | CASE NO. 2:25-cv-09118-JLS-AYP<br><br>**JUDGMENT** |

For the reasons stated in the Court's Order Granting Motion to Dismiss (Doc. 30), the Court ORDERS, ADJUDGES, AND DECREES that judgment is entered in favor of Defendant. The Court therefore DISMISSES this action WITH PREJUDICE.

Dated: October 19, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE